# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS J. RUVALCABA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>HYUNDAI MOTOR AMERICA, and Does 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No. 8:22-cv-01244-JWH-JDE<br><br>**JUDGMENT** |

Pursuant to the Minute Order filed on or about January 16, 2025, and in accordance with Rules 12(b)(6) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331.

2. Defendants Does 1-20 are **DISMISSED.**

3. Defendant Hyundai Motor America shall have **JUDGMENT** in its **FAVOR,** and **AGAINST** Plaintiff Nicolas J. Ruvalcaba. Plaintiff shall take nothing by way of his Third Amended Complaint [ECF No. 42]. This action is **DISMISSED.**

4. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated: January 31, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE